# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2322
Lower Tribunal No. 2024-CF-000336

_____

CYNEDICE RICE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

July 10, 2026

WHITE, J.

Cynedice Rice appeals the judgment and sentence entered after she was found guilty of one felony and one misdemeanor. Rice argues, and the State concedes, that the Monetary Obligations Order improperly imposes "Additional SAO Costs of Prosecution Fees" of $250. Because the State failed to present any proof showing that it incurred costs greater than $100, we agree with Rice and accept the State's concession. *See* § 938.27(8), Fla. Stat. (2023); *Irizarry v. State*, 425 So. 3d 1190,

1190 (Fla. 6th DCA 2026); *Golphin v. State*, 413 So. 3d 828, 828 (Fla. 6th DCA 2024).

Therefore, we reverse the improper cost imposition of $250 and remand for the trial court to enter a corrected Monetary Obligations Order imposing $100 for state attorney costs of prosecution. Rice's presence is not required for that ministerial correction. *See Irizarry*, 425 So. 3d at 1190; *Golphin*, 413 So. 3d at 829. Otherwise, we affirm the judgment and sentence without further discussion.

AFFIRMED in part; REVERSED in part; REMANDED with instructions.

NARDELLA and PRATT, JJ., concur.


Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED